FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:              541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE RAYMOND BOUDREAU,  )<br>                                                              )<br>          Plaintiff                                      )<br>                                                              )<br>v.                                                            )<br>                                                              )<br>NANCY A. BERRYHILL,                       )<br>Acting Commissioner of Social Security,  )<br>                                                              )<br>          Defendant                                  )<br>                                                              )<br>_____ ) | Case No.  1:15-CV-00088-LJO-SAB<br><br>**STIPULATION AND** ~~**PROPOSED**~~<br>**ORDER FOR AWARD OF ATTORNEY'S**<br>**FEES UNDER THE EQUAL ACCESS TO**<br>**JUSTICE ACT (EAJA)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SEVEN THOUSAND dollars and ZERO cents ($7,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

**Boudreau v. Berryhill               Stipulation and** ~~**Proposed**~~ **Order   E.D. Cal. 1:15cv-00088-LJO-SAB**

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address: Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon 97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: November 16, 2018        JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND
                               Attorney for Plaintiff

Date: November 16, 2018        MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Daniel P. Talbert*
                               DANIEL P. TALBERT
                               Special Assistant United States Attorney
                               *By email authorization
                               Attorney for Defendant

///

///

///

///

///

///

**Boudreau v. Berryhill        Stipulation and ~~Proposed~~ Order   E.D. Cal. 1:15cv-00088-LJO-SAB**

| | |
|---|---|
| 1 | ORDER |
| 2 | Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded |
| 3 | attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount |
| 4 | of SEVEN THOUSAND dollars and ZERO cents ($7,000.00). |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: **November 19, 2018**          /s/ Lawrence J. O'Neill |
| 8 |                              UNITED STATES CHIEF DISTRICT JUDGE |

# ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SEVEN THOUSAND dollars and ZERO cents ($7,000.00).

IT IS SO ORDERED.

Dated: **November 19, 2018**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE